■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS GILMORE, Appellant.— Judgment of the Supreme Court, Kings County, rendered March 13, 1973, affirmed. No opinion. The case is remitted to the Supreme Court, Kings County, for proceedings to direct appellant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). Martuscello, Acting P. J., Latham, Christ, Benjamin and Munder, JJ., concur.